COA # 10-11-00424-CR

OFFENSE: Aggravated Assault

STYLE: Thomas Henry Sinclair v. The State of Texas

COUNTY: Navarro

TRIAL COURT: 13th District Court
TRIAL COURT #: 33805-CR
TRIAL COURT JUDGE: Hon. James E. Lagomarsino
DISPOSITION: AFFIRMED

MOTION
FOR REHEARING IS: _____
DATE: _____
JUDGE: Scoggins

DATE: March 5, 2015

JUSTICE: Scoggins   PC ____   S  YES
PUBLISH: _____   DNP: YES

CLK RECORD: 3/15/2012 -1 volume
RPT RECORD: 5/16/2012 - 13 volumes
STATE BR: 11/26/2012
APP BR: 8/16/2012

SUPP CLK RECORD: _____
SUPP RPT RECORD: _____
SUPP BR: _____
PRO SE BR: _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # _____

----------------------

___APPELLANT'S Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
REFUSED
DATE: 08/26/2015
JUDGE: _Per Curiam_

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____   PC: _____
PUBLISH: _____   DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____

**Vol. 1 of 3**